**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAMES FISHER,

   Plaintiff,

vs.                Case No. 3:10-cv-398-J-32TEM

JACKSONVILLE SHERIFF OFFICE,

   Defendant.

## **ORDER**

This case is before the Court on plaintiff's Motion to proceed *in forma pauperis* (Doc. 2). The assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 5), recommending that plaintiff's Motion to proceed *in forma pauperis* (Doc. 2) be denied, that plaintiff's complaint be dismissed without prejudice, and plaintiff be afforded thirty (30) days within which to file an amended complaint. No objections were filed and the time in which to do so has now passed.

Accordingly, upon independent review of the file, and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 5), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 5) of the Magistrate Judge is **ADOPTED,** to the extent that plaintiff's Motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

2. This case will be deemed to be dismissed without prejudice effective **January 18, 2011,** unless plaintiff pays the filing fee by **January 18, 2011** to maintain the prosecution

of this suit. If plaintiff elects to pay the filing fee, he must also file an amended complaint that provides a basis for the Court to exercise jurisdiction.

3.     The Clerk shall close the file now, subject to reopening if the plaintiff pays the filing fee by the **January 18, 2011** deadline.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of December, 2010.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Thomas E. Morris
United States Magistrate Judge

pro se parties